■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH T. HAHN, Appellant, against LARRY HAINES et al., Respondents.— Appeal from an order denying appellant's motion to reopen a habeas corpus proceeding and to file therein a supplemental petition. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ HOWARD A. RIKOON et al., Individually and Doing Business as RIKOON REAL ESTATE, Appellants, v. TWO BORO DRESS, INC., et al., Defendants. NATHAN TANNENBAUM, as Referee, Respondent.— In an action to foreclose a mortgage on real property, the appeal is from (1) so much of an order dated February 20, 1957 as provides that (a) the matter of the payment of the balance of the proceeds of sale together with costs and allowances, in the hands of the Referee, and (b) the issue of the lien, if any, of the United States Government, will be determined on the motion to confirm the Referee's report, and (2) an order dated March 5, 1957 which on reargument adhered to the original decision. Order dated March 5, 1957 affirmed, with $10 costs and disbursements. Appeal from order dated February 20, 1957 dismissed, without costs. No opinion. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ NELLY SALADINE, Respondent, v. WALTER SALADINE, Appellant, et al., Defendants.— In an action by a wife for separation, four other causes of action are alleged in the complaint relating to claims by the wife of a joint interest in certain bank accounts and in real and personal property standing in the husband's name or in his possession. The appeal is from so much of an order as grants in part respondent's motion enjoining *pendente lite* the transfer or the encumbrance of any of said properties, and as denies appellant's cross motion to sever the second, third, fourth and fifth causes of action from the cause of action for separation. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ STATE FUNDING CORPORATION, Respondent, v. MORRIS GREEN, Appellant.— In an action to recover damages for an alleged breach of contract, the appeal is from an order denying a motion to compel respondent to separately state and number the causes of action claimed to be set forth in the complaint in the paragraphs pleaded as the "First Cause of Action". Order affirmed, with $10 costs and disbursements. The portion of the complaint, designated as the "First Cause of Action", involves only a claim for damages for the breach of the contract therein referred to. Appellant may answer within 10 days after service of the order to be entered hereon. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.